[Cite as *03/15/2004 Case Announcements,* 2004-Ohio-1153.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 15, 2004*

### MOTION AND PROCEDURAL RULINGS

1999–1268.   State v. Cassano.

Richland C.P. No. 98CR171H. This cause came on for further consideration upon appellant's motion for appointment of counsel for the purpose of filing an application for reopening under S.Ct.Prac.R. XI(5). Upon consideration thereof,

IT IS ORDERED by the court that this matter be remanded to the court of common pleas for appointment of counsel.

IT IS FURTHER ORDERED by the court that appointed counsel shall file a copy of the court of common pleas's entry of appointment with the Clerk of this court and shall otherwise proceed under S.Ct.Prac.R. XI(5).

[Cite as *03/16/2004 Case Announcements,* 2004-Ohio-1208.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 16, 2004*

### MOTION AND PROCEDURAL RULINGS

2003–2172.   Mid–States Graver Ltd. v. Franklin Cty. Bd. of Revision.

Board of Tax Appeals, No. 2002–A–1999. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

IT IS ORDERED by the court that the joint motion to remand be, and hereby is, granted, and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

[Cite as *03/18/2004 Case Announcements,* 2004-Ohio-1240.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 18, 2004*

### MOTION AND PROCEDURAL RULINGS